Psychology YME, P.C. v Global Liberty Ins. Co. of N.Y. (2020 NY Slip Op
50992(U))

[*1]

Psychology YME, P.C. v Global Liberty Ins. Co. of N.Y.

2020 NY Slip Op 50992(U) [68 Misc 3d 131(A)]

Decided on August 28, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 28, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2018-1624 K C

Psychology YME, P.C., as Assignee of
Bryan Kevin, Appellant, 
against
Global Liberty Ins. Co. of N.Y., Respondent.

Gary Tsirelman, P.C. (Darya Klein of counsel), for appellant.
Law Office of Jason Tenenbaum, P.C. (Jason Tenenbaum, Esq.), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa
Kennedy, J.), entered May 16, 2018. The order granted defendant's motion for summary
judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court granting defendant's motion for summary judgment dismissing
the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled
examinations under oath (EUOs).
Contrary to plaintiff's contention, defendant established as a matter of law that, as to the
claim at issue, defendant "twice duly demanded an [EUO] from the [provider's] assignor, who
had allegedly been injured in a motor vehicle accident, that the assignor twice failed to appear,
and that the [insurer] issued a timely denial of the claim[ ]" (Interboro Ins. Co. v Clennon,
113 AD3d 596, 597 [2014]). As a result, since appearance at a duly demanded EUO "is a
condition precedent to the insurer's liability on the policy" (Stephen Fogel Psychological, P.C.
v Progressive Cas. Ins. Co., 35 AD3d 720, 722 [2006]), contrary to plaintiff's contention,
defendant established its entitlement to summary judgment. Plaintiff's remaining contentions are
raised for the first time on appeal and, in any event, lack merit.
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 28, 2020